UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN COLEMAN | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC, ET AL. | NO. 20-00065-BAJ-RLB |

### RULING AND ORDER

Before the Court is Defendants Darrel Vanoy, Shannon Demarrs, Tracy Falgout, Marcia Booker, Matthew Gamble, Randy Lavespere, Kate Ard, David Voohries, Damon Turner, Larry Simon, and James LeBlanc's **Motion to Dismiss (Doc. 14).** The Motion is opposed. (Doc. 16). The Magistrate Judge has issued a **Report And Recommendation (Doc. 18)** recommending that the Court deny Defendants' Motion and refer this matter back to the Magistrate Judge for further proceedings. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 14)** is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 29th day of January, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**